1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MICHAEL EUGENE HOLLIS,                CASE NO. 1:11-cv-00748-SKO PC

10                      Plaintiff,         ORDER DENYING MOTION FOR
                                          PAYMENT PLAN
11          v.
                                          (Doc. 5)
12   DR. LAIRD, et al.,

13                      Defendants.
                                    /
14

15          Plaintiff Michael Eugene Hollis, a federal prisoner proceeding pro se and in forma pauperis,

16   filed this civil rights action on May 10, 2011.  On June 7, 2011, Plaintiff filed a motion seeking an

17   order permitting him to pay off the filing fee in each of his five civil cases one case at a time.

18          The in forma pauperis statute controls the deduction of the filing fee from Plaintiff's trust

19   account.  28 U.S.C. § 1915(b)(2).  Accordingly, Plaintiff's motion for the Court to intervene in the

20   payment of the filing fee and order a different procedure implemented is HEREBY ORDERED

21   DENIED.

22

23   IT IS SO ORDERED.

24   **Dated:    June 8, 2011**              _____/s/ Sheila K. Oberto_____
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1